01
02
03
04
05
06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                            AT SEATTLE

08  UNITED STATES OF AMERICA,      )   CASE NO. CR08-082-RSL
                                   )
09         Plaintiff,              )
                                   )
10         v.                      )
                                   )   DETENTION ORDER
11  GARY CHARLES KILCUP,           )
                                   )
12         Defendant.              )
    _____)
13

14  <u>Offense charged</u>:    Conspiracy to Distribute Cocaine and Crack Cocaine; Possession of

15         Cocaine with Intent to Distribute

16  <u>Date of Detention Hearing</u>:   March 25, 2008

17         The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which defendant can meet will reasonably assure

20  the appearance of defendant as required and the safety of other persons and the community.

21         <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22         1.     Defendant has been charged with a drug offense the maximum penalty of which

DETENTION ORDER                                                              15.13
18 U.S.C. § 3142(i)                                                          Rev. 1/91
PAGE 1

01 is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both
02 dangerousness and flight risk, under 18 U.S.C. §3142(e).
03     2. Defendant's past criminal history includes previous firearms and drug charges,
04 including bench warrant activity and failures to report for hearing.
05     3. The AUSA proffers that during the course of the investigation, the defendant was
06 heard on wiretap stating that he possessed a firearm and threatening to retaliate against an
07 individual alleged to have been either a victim or witness in a crime committed by his son. A
08 firearm associated with the defendant has not been located by law enforcement. The AUSA
09 proffers that defendant engaged in numerous counter surveillance measures during the course of
10 the investigation which led to the current charges. A large quantity of cocaine was taken from
11 defendant's residence at the time of arrest.
12     4. Taken as a whole, the record does not effectively rebut the presumption that no
13 condition or combination of conditions will reasonably assure the appearance of the defendant as
14 required and the safety of the community.
15 It is therefore ORDERED:
16     (1) Defendant shall be detained pending trial and committed to the custody of the
17         Attorney General for confinement in a correction facility separate, to the extent
18         practicable, from persons awaiting or serving sentences or being held in custody
19         pending appeal;
20     (2) Defendant shall be afforded reasonable opportunity for private consultation with
21         counsel;
22     (3) On order of a court of the United States or on request of an attorney for the

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 2

   Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 25th day of March, 2008.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER 15.13
18 U.S.C. § 3142(i) Rev. 1/91
PAGE 3