01

02

03

04

05

06              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
07                       AT SEATTLE

08  UNITED STATES OF AMERICA,              )   CASE NO. CR08-082-RSL
                                           )
09          Plaintiff,                     )
                                           )
10      v.                                 )
                                           )   DETENTION ORDER
11  GARY CHARLES KILCUP,                   )
                                           )
12          Defendant.                     )
    _____    )

13

14  <u>Offense charged</u>:        Conspiracy to Distribute Cocaine and Crack Cocaine; Possession of

15                      Cocaine with Intent to Distribute

16  <u>Date of Detention Hearing</u>:    March 25, 2008

17          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which defendant can meet will reasonably assure

20  the appearance of defendant as required and the safety of other persons and the community.

21          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22          1.      Defendant has been charged with a drug offense the maximum penalty of which

DETENTION ORDER                                               15.13
18 U.S.C. § 3142(i)                                          Rev. 1/91
PAGE 1

01 is in excess of ten years.  There is therefore a rebuttable presumption against defendant as to both

02 dangerousness and flight risk, under 18 U.S.C. §3142(e).

03       2.    Defendant's past criminal history includes previous firearms and drug charges,

04 including bench warrant activity and failures to report for hearing.

05       3.    The AUSA proffers that during the course of the investigation, the defendant was

06 heard on wiretap stating that he possessed a firearm and threatening to retaliate against an

07 individual alleged to have been either a victim or witness in a crime committed by his son.  A

08 firearm associated with the defendant has not been located by law enforcement.  The AUSA

09 proffers that defendant engaged in  numerous counter surveillance measures during the course of

10 the investigation which led to the current charges.  A large quantity of cocaine was taken from

11 defendant's residence at the time of arrest.

12       4.    Taken as a whole, the record does not effectively rebut the presumption that no

13 condition or combination of conditions will reasonably assure the appearance of the defendant as

14 required and the safety of the community.

15 It is therefore ORDERED:

16       (1)    Defendant shall be detained pending trial and committed to the custody of the

17                  Attorney General for confinement in a correction facility separate, to the extent

18                  practicable, from persons awaiting or serving sentences or being held in custody

19                  pending appeal;

20       (2)    Defendant shall be afforded reasonable opportunity for private consultation with

21                  counsel;

22       (3)    On order of a court of the United States or on request of an attorney for the

DETENTION ORDER                                15.13
18 U.S.C. § 3142(i)                               Rev. 1/91
PAGE 2

01   Government, the person in charge of the corrections facility in which defendant is

02   confined shall deliver the defendant to a United States Marshal for the purpose of

03   an appearance in connection with a court proceeding; and

04   (4)   The clerk shall direct copies of this Order to counsel for the United States, to

05   counsel for the defendant, to the United States Marshal, and to the United States

06   Pretrial Services Officer.

07   DATED this 25th day of March, 2008.

08

09   Mary Alice Theiler
     United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22