1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   UNITED STATES OF AMERICA,                    Case No. CR08-82RSL

9                          Plaintiff,
                                                 ORDER GRANTING EARLY
10                  v.                           TERMINATION OF
                                                 SUPERVISED RELEASE
11   GARY KILCUP,

12                          Defendant.

13

14        This matter comes before the Court on defendant's "Renewed Motion for Early

15   Termination of Supervised Release" (Dkt. # 944). The Court, having reviewed the motion,

16   response, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a),

17   GRANTS defendant's motion.

18        Mr. Kilcup initially moved for early termination of supervised release on August 24,

19   2022. Dkt. # 940. The Court denied this request, but commended Mr. Kilcup for his exemplary

20   performance on supervised release and encouraged him to submit a renewed motion in March

21   2023, assuming he continued to remain violation free. Dkt. # 943. The Court is pleased to learn

22   that Mr. Kilcup has maintained his strong performance on supervised release and is now

23   satisfied that termination of supervised release is warranted by the conduct of the defendant and

24   the interest of justice. *See* 18 U.S.C. §§ 3583(e)(1), 3553(a).

25        For all of the foregoing reasons, IT IS HEREBY ORDERED that defendant's motion for

26   early termination of supervised release (Dkt. # 944) is GRANTED.

27

28

ORDER GRANTING EARLY TERMINATION OF
SUPERVISED RELEASE - 1

1     DATED this 22nd day of March, 2023.

2

3

4                               Robert S. Lasnik

5                               United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING EARLY TERMINATION OF
SUPERVISED RELEASE - 2